Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL SOLTERO SAMANIEGA,<br><br>Defendant. | No. CR16-68RAJ<br><br>ORDER GRANTING MOTION<br>TO SUBSTITUTE COUNSEL |

THIS MATTER having come before the Court on defendant's motion to substitute counsel, and the Court finding good cause,

It is hereby ordered that defendant's motion to substitute counsel (Dkt. #30) is GRANTED. Appointed counsel Nicholas Marchi is permitted to withdraw and retained counsel Peter A. Camiel is allowed to substitute as counsel for defendant.

DATED this 28th day of April, 2016.

_____
The Honorable Richard A. Jones
United States District Judge