THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-00068RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE TRIAL DATE AND EXTEND AND PRETRIAL MOTIONS DUE DATE |
| CARLOS A. DE LEON SOTO and MIGUEL SOLTERO SAMANIEGA, | |
| Defendants. | |

THE COURT having considered the unopposed joint motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

The Court finds that a failure to grant a continuance would deny counsel's reasonable need for additional time to properly review and analyze discovery, conduct legal research, complete investigation, advise their clients, and adequately prepare their defenses taking into account the exercise of due diligence; that the ends of justice will be served by continuing the trial date in this case; and that these factors outweigh the best interests of the defendants and the public in a more speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (iv).

///

///

ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE TRIAL DATE AND EXTEND PTMs DUE DATE - 1
*USA v. De Leon Soto, et al. /* CR16-00068RAJ

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1    IT IS THEREFORE ORDERED that Defendants' unopposed motion (Dkt. #33)
2  is GRANTED.  The trial date in this matter is continued from May 23, 2016 to
3  October 24, 2016, at 9:00 a.m.  All pretrial motions, including motions in limine, shall
4  be filed no later than September 15, 2016.
5    IT IS FURTHER ORDERED that the period of time from the date of this Order
6  through the new trial date of October 24, 2016, shall be excludable time pursuant to the
7  Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.
8    DATED this 12th day of May, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED JOINT
MOTION TO CONTINUE TRIAL DATE AND
EXTEND PTMs DUE DATE - 2
*USA v. De Leon Soto, et al. /* CR16-00068RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**